IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 95-297-7 |
| AARON SCANLON | : | |

## ORDER REVOKING SUPERVISED RELEASE

AND NOW, this 27th day of June, 2006, after hearing in open court sur violation of supervised release, with defendant and counsel being present, and the Court finding the defendant has knowingly, intelligently and voluntarily stipulated that he is in violation of supervised release, it is

ORDERED AND ADJUDGED that the order of supervised release entered in the above case is revoked; and it is

FURTHER ORDERED AND ADJUDGED that the defendant is committed to the custody of the United States Bureau of Prisons for imprisonment for a period of 6 months in prison. There will be no more Supervised Release. The balance of the prior sentence is to remain in effect and the defendant is to self surrender by 2:00 p.m. on August 2, 2006.

BY THE COURT:

S/Hon. William Yohn Jr.
                               J.

cc: U.S. Marshal (2)
    Probation Office (1)
    Counsel

| 6/27/06 | TJM |
|---|---|
| Date | By Whom |

Cr-5A (6/93)